# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT A. DREW, | ) | |
| *Plaintiff*, | ) | Civil Action No. 14-266 Erie |
| v. | ) | ORDER |
| KIM SMITH, et al., | ) | |
| *Defendants*. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, there being no objections thereto, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation (ECF No. 121).

(2) Plaintiff's Motion for Summary Judgment (ECF 100) is **DENIED**.

**IT IS SO ORDERED**.

DATED this 15th day of August, 2017.

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE